## WILLIAMS v. STATE.
No. 18083.

Court of Criminal Appeals of Texas.
March 4, 1936.

De Witt Harry, of Dallas, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft; penalty assessed at confinement in the penitentiary for two years.

The indictment and other proceedings appear regular. The evidence heard by the trial court is not brought forward for review. The record reveals nothing justifying a reversal of the judgment. It is therefore affirmed.

## JOHNSON v. STATE.
No. 18082.

Court of Criminal Appeals of Texas.
March 4, 1936.

Jimmie. McNichol and John A. Ballowe, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

## JIMMERSON v. STATE.
No. 18057.

Court of Criminal Appeals of Texas.
March 4, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is kidnapping; the punishment, confinement in the penitentiary for twenty-five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.